1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and PRICEWATERHOUSECOOPERS<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**ORDER ON JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND ADDITIONAL FILING PERIODS**<br><br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |
|---|---|

CASE CAPTIONS CONTINUED ON NEXT PAGE

| | |
|---|---|
| 1  2  3  4  5  6  7  8 | FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFIA, GLENN UMETSU and DEAN M. LUVISA,<br><br>             Defendants. | CLASS ACTION NO. 07 CV 2256 BTM (NLS) |
| 9  10  11  12  13  14  15 | DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>             Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The Defendants need not answer or otherwise respond to the complaints filed in the above-captioned matter or any subsequently-filed, related actions that are transferred to Judge Moskowitz pursuant to the "Low Number" Rule until a date after the Lead Plaintiff and Lead Plaintiff's Counsel are appointed and file a Consolidated Complaint.

2. The Lead Plaintiff shall have 45 days after a Lead Plaintiff is appointed to file and serve a Consolidated Complaint; and

3. Defendants shall have 45 days after the filing and service of a Consolidated Complaint to move to dismiss or otherwise respond;

4. The Lead Plaintiff shall have 45 days after the filing and service of Defendants' motion to dismiss to file an opposition;

1    5.    Defendants shall have 30 days after the filing and service of Lead
2 Plaintiff's opposition to file a reply.

4 IT IS SO ORDERED.

6 Dated:  January 2, 2008

                                            Hon. Barry Ted Moskowitz
                                            United States District Judge