# EXHIBIT 11



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 04/26/2010 | 08855 |
| PERIOD START | THROUGH DATE |
| 12/23/2009 | 04/15/2010 |

Matthew K. Handley, Esq.
Christopher Lometti, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005

| Project Name: Leap Wireless Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Notice Dissemination** Printing of 10 pg. Notice and 6 pg. Proof of Claim form | 25,000 | $0.85 | $21,250.00 |
| **Imaging, Document Management & Storage** Document Storage - Electronic (per img./record per month) | 42 | $0.008 | $0.34 |
| **Contact Services** Standard set-up and design | | | $2,500.00 |
| Management of call center | 5.3 Hrs. | | $1,172.50 |
| Handling of class member communications | 2.1 Hrs. | | $262.50 |
| **Project Management** | 64.2 Hrs. | | $10,214.50 |
| **Systems Support** | 2.8 Hrs. | | $444.00 |
| **Quality Assurance** | 2.5 Hrs. | | $312.50 |
| **Total Fees** | | | $36,156.34 |
| **Total Project Expenses (See Exhibit A)** | | | $2,482.10 |
| **Grand Total** | | | $38,638.44 |



# EXHIBIT A

| Project Name: Leap Wireless Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: December 23, 2009 through April 15, 2010 | |
| Postage | $1,460.50 |
| P. O. Box Rental / Renewal | $1,020.00 |
| Copy Charges | $1.60 |
| **Total** | **$2,482.10** |

| Please Remit To : |
|---|

| | | |
|---|---|---|
| The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747 - 3836 | -Or- | The Garden City Group, Inc.<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1500237410<br>Tax ID # - 11-3235454<br>Swift Code - SIGNUS33 |