# EXHIBIT 12



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 09/03/2010 | 09515 |
| **PERIOD START** | **THROUGH DATE** |
| 04/16/2010 | 08/15/2010 |

Matthew K. Handley, Esq.
Christopher Lometti, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY   10005

**Project Name: Leap Wireless Securities Litigation**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of 10 pg. Notice and 6 pg. Proof of Claim form | 40,000 | $0.85 | $34,000.00 |
| Summary Notice Publication | | | $2,449.50 |
| *Investor's Business Daily* | | | |
| Enter name and address records into database (hard copy) | 1,934 | $0.45 | $870.30 |
| Remails | 454 | $0.65 | $295.10 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 3,393 | $0.45 | $1,526.85 |
| Prep Mail | 40.9 Hrs. | | $2,252.30 |
| Scan Mail (per img.) | 24,459 | $0.12 | $2,935.08 |
| Process undeliverables | 1,597 | $0.25 | $399.25 |
| Document Storage - Paper (per box/per month) | 28 | $1.50 | $42.00 |
| Document Storage - Electronic (per img./record per month) | 247,897 | $0.008 | $1,983.18 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 7,181 | $6.95 | $49,907.95 |
| Additional charge for electronically filed Claims (per transaction) | 266,180 | $0.085 | $22,625.30 |

# INVOICE



| Project Name: Leap Wireless Securities Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| Print standard acknowledgement postcards | 1,609 | $0.10 | $160.90 |
| Additional processing for non-conforming claims | 14.5 Hrs. | | $1,202.50 |
| **Contact Services**<br>IVR (per minute) | 187.1 | $0.34 | $63.61 |
| Monthly maintenance charge | 4 | $100.00 | $400.00 |
| Management of call center | 0.7 Hrs. | | $87.50 |
| Handling of class member communications | 61.3 Hrs. | | $5,556.15 |
| **Project Management** | 45.3 Hrs. | | $6,132.00 |
| **Systems Support** | 64.9 Hrs. | | $7,967.50 |
| **Quality Assurance** | 77.4 Hrs. | | $10,332.50 |
| **Total Fees** | | | **$151,189.47** |
| **Total Project Expenses (See Exhibit A)** | | | **$41,916.58** |
| **Grand Total** | | | **$193,106.05** |



# EXHIBIT A

| Project Name: Leap Wireless Securities Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: April 16, 2010 through August 15, 2010 | |
| Address Search | $3.54 |
| Broker Fees | $12,301.82 |
| Telephone Line Charges | $7.47 |
| Postage | $27,037.32 |
| FedEx, Messenger & Shipping | $2,223.83 |
| Copy Charges | $342.60 |
| **Total** | **$41,916.58** |

| Please Remit To : | | |
|---|---|---|
| The Garden City Group, Inc. | -Or- | The Garden City Group, Inc. |
| 105 Maxess Road | | Operating A/C |
| Melville, NY 11747 - 3836 | | Signature Bank |
| | | 1225 Franklin Avenue |
| | | Garden City, NY 11530 |
| | | |
| | | ABA # - 026013576 |
| | | A/C # - 1500237410 |
| | | Tax ID # - 11-3235454 |
| | | Swift Code - SIGNUS33 |